THE MERCHANTS BANK OF BALTIMORE *v.* THE PRESIDENT, DIRECTORS, AND COMPANY OF THE BANK OF THE UNITED STATES.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.

GARLAND, J. This case is substantially the same, as that of Minot against the same defendants, and we have come to the same conclusion in relation to it.

The judgment of the Commercial Court is therefore annulled and reversed, and it is ordered that the rule taken by the defendants be discharged, with costs.

*F. Wharton*, for the appellants.

*T. Slidell*, for the defendants.